# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NORMAN PAUL TRAHAN

VERSUS

MICHAEL D. TRAHAN, SR.,
ELIZABETH F. TRAHAN AND XXX
INSURANCE COMPANY AND/OR
COMPANIES

NO.  2022 CW 1073

**DECEMBER 1, 2022**

---

In Re:    Norman  Paul  Trahan,  applying  for  supervisory  writs,
          32nd  Judicial  District  Court,  Parish  of  Terrebonne,
          No. 189174.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT  NOT  CONSIDERED.**  This  writ  application  failed  to
include  the  pertinent  court  minutes  and  a  copy  of  the
attachments  to  the  motion,  in  violation  of  Rule  4-5(C)(8)  and
(10)  of  the  Uniform  Rules  of  Louisiana  Courts  of  Appeal.   In
addition,  this  court  requires  a  transcript  of  the  July  12,  2022
hearing,  a  copy  of  all  evidence  introduced  at  the  hearing  and  a
copy  of  the  entire  suit  record  if  a  new  application  is  filed.

    Supplementation  of  this  writ  application  and/or  an
application  for  rehearing  will  not  be  considered.  Uniform  Rules
of  Louisiana  Courts  of  Appeal,  Rules  2-18.7  &  4-9.

    In  the  event  relator  seeks  to  file  a  new  application  with
this  court,  it  must  contain  all  pertinent  documentation,
including  the  missing  items  noted  herein  and  documentation  to
show  that  the  original  writ  application  was  timely,  and  must
comply  with  Uniform  Rules  of  Louisiana  Courts  of  Appeal,  Rule  2-
12.2.   Any  new  application  must  be  filed  on  or  before  January  3,
2023  and  must  contain  a  copy  of  this  ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT